| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Edgar, R. Allan | 2. Court or Organization<br><br>Eastern District of Tennessee | 3. Date of Report<br><br>04/8/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>900 Georgia Avenue, Room 253<br>Chattanooga, TN 37402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | TRUST #1 |
| 2. Trustee | TRUST #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Edgar, R. Allan

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/8/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Tennessee Consolidated Retirement System | $3,768.12 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/8/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/8/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FSG Bank-Chattanooga, TN, TRUSTEE SELF-DIRECTED IRA: | | | | | | | | | |
| 2. - Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 3. - Harbor International Fund | B | Dividend | M | T | | | | | |
| 4. - T Rowe Price New Era Fund | B | Dividend | M | T | | | | | |
| 5. - Harbor Capital App. Fund | A | Dividend | L | T | | | | | |
| 6. - Vanguard Mid-Cap Index Fund | A | Dividend | L | T | | | | | |
| 7. - CGM Realty Fund | A | Dividend | K | T | | | | | |
| 8. - I Shares MSCI Pacific Ex Japan Fund | A | Dividend | K | T | | | | | |
| 9. - Fidelity Value Fund | A | Dividend | K | T | | | | | |
| 10. - Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 11. - Brandywine Fund | | None | K | T | | | | | |
| 12. - Fidelity Fifty Fund | A | Dividend | K | T | | | | | |
| 13. - Macquarrie Infrastructure Co. Trust | | None | J | T | | | | | |
| 14. - I-shares DJ US. Financial Services | A | Dividend | K | T | | | | | |
| 15. I-shares Brazil Index Fd | A | Dividend | J | T | | | | | |
| 16. JP Morgan Chase & Co 7.9% Bond | A | Interest | K | T | | | | | |
| 17. Merrill Lynch & Co 6.15% Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/8/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intl.Paper Co 7.4% Bond | A | Interest | | | Sold | 8/13/09 | K | C | |
| 19. FSG Bank 2.5% CD | A | Interest | | | Sold | 01/14/09 | L | | |
| 20. IBM Corp. 7.625% Bond | A | Interest | K | T | | | | | |
| 21. AT&T Corp. 6.7% Bond | A | Interest | K | T | | | | | |
| 22. Federated Prime Oblig Money Fund | B | Interest | K | T | | | | | |
| 23. Staples, Inc. 7.75% Bond | B | Interest | K | T | Buy | 04/16/09 | K | | |
| 24. Cabot Corp. 5% Bond | B | Interest | K | T | Buy | 09/22/09 | K | | |
| 25. Fed Ex Corp. 8% Bond | B | Interest | K | T | Buy | 01/14/09 | K | | |
| 26. Roche Holdings 7% Bond | B | Interest | K | T | Buy | 12/19/09 | K | | |
| 27. Conoco Phillips 5.75% Bond | B | Interest | K | T | Buy | 02/26/09 | K | | |
| 28. Sel. Am. Shares Fund (IRA) | A | Dividend | J | T | | | | | |
| 29. Schwab Deposit Accounts (IRA) | A | Dividend | J | T | | | | | |
| 30. Vanguard Windsor II Fund (IRA) | A | Dividend | J | T | | | | | |
| 31. Artisan Midcap Fund (IRA) | A | Dividend | J | T | | | | | |
| 32. Baron Growth Fund (IRA) | | None | J | T | | | | | |
| 33. Schwab Total Bond Mkt Index Fund (IRA) | A | Dividend | J | T | | | | | |
| 34. Oakmark Equity Inc. Fund (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/8/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. First Bank PR 3.7% CD | A | Interest | | | Redeemed | 10/16/09 | K | | |
| 36. Landus Intl. Fund | A | Dividend | J | T | | | | | |
| 37. BMW Bank 1.8% CD | A | Interest | K | T | Buy | 11/07/09 | K | | |
| 38. Fidelity Cash Reserves Fund (IRA) | A | Interest | J | T | | | | | |
| 39. Fidelity Contrafund (IRA) | A | Dividend | J | T | | | | | |
| 40. Spartan Total Market Index Fund (IRA) | A | Dividend | J | T | | | | | |
| 41. Fidelity Div Int'l Fund (IRA) | A | Dividend | J | T | | | | | |
| 42. Fidelity Balanced Fund (IRA) | A | Dividend | J | T | | | | | |
| 43. Fidelity Short Term Bond Fund (IRA) | A | Dividend | J | T | Sold<br>(part) | 11/16/09 | J | | |
| 44. Fidelity Overseas Fd (IRA) | A | Dividend | J | T | | | | | |
| 45. Fidelity Growth Discovery Fd (IRA) | A | Dividend | J | T | | | | | |
| 46. Fidelity Strategic Inc.Fd | A | Dividend | J | T | Buy | 11/16/09 | J | | |
| 47. TIAA-CREF Retirement Fund | A | Dividend | K | T | | | | | |
| 48. TRUST #1: | | | | | | | | | |
| 49. - Fidelity Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 50. - Ford Motor Credit 5.8% | A | Interest | | | Redeemed | 10/28/09 | J | | |
| 51. - Fed Nat'l Mortgage 5.25% | | None | | | Redeemed | 01/12/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/8/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Union Tank Car 7.45% | A | Interest | | | Redeemed | 06/01/09 | K | | |
| 53. - Great Lakes Chem 7% | A | Interest | J | T | | | | | |
| 54. - Abitibi-Consol 7.875% | | None | J | T | | | | | |
| 55. - Ford Motor Credit 7.375% | A | Interest | | | Redeemed | 10/28/09 | J | | |
| 56. - Gen Motors Acc 7.75% | A | Interest | J | T | | | | | |
| 57. - Citigroup 6.5% | A | Interest | K | T | | | | | |
| 58. - JP Morgan 6.75% | A | Interest | K | T | | | | | |
| 59. - Cardinal Health 6.75% | A | Interest | J | T | | | | | |
| 60. - Boeing Cap 6.1% | A | Interest | J | T | | | | | |
| 61. - Am Home Prod 6.9% | A | Interest | J | T | | | | | |
| 62. - Morgan Stanley 6.75% | A | Interest | J | T | | | | | |
| 63. - Caterpillar Inc. 6.55% | A | Interest | J | T | | | | | |
| 64. - Hormel Foods 6.625% | A | Interest | J | T | | | | | |
| 65. - Ocean Energy 7.25% | A | Interest | J | T | | | | | |
| 66. - Ford Motor Credit 7.25% | A | Interest | K | T | | | | | |
| 67. - Honeywell Int'l 6.125% | A | Interest | J | T | | | | | |
| 68. - Lehman Bros 6.625% | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/8/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - General Electric Cap 6% | A | Interest | J | T | | | | | |
| 70. - Bank of America 4.875% | A | Interest | J | T | | | | | |
| 71. - Boise Cascade 7.35% | A | Interest | J | T | | | | | |
| 72. - U S Treasury 8.125% | A | Interest | J | T | | | | | |
| 73. - WalMart 7.55% | A | Interest | K | T | | | | | |
| 74. - Spartan Total Market Index Fund | B | Dividend | M | T | | | | | |
| 75. - Fidelity Div Int'l Fund | A | Dividend | K | T | | | | | |
| 76. - Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 77. -Fidelity Mega Cap Fd | A | Dividend | J | T | | | | | |
| 78. First Regl Bk Cali 3.7%CD | | None | K | T | | | | | |
| 79. First Bk PR Santurce 3.7% CD | A | Interest | | | Redeemed | 10/16/09 | L | | |
| 80. Barclays Bk Del. 2.8% CD | | None | L | T | Buy | 11/03/09 | L | | |
| 81. First Chicago Bk 2.0% CD | A | Interest | K | T | Buy | 08/05/09 | K | | |
| 82. TRUST #2: | | | | | | | | | |
| 83. - Vanguard Pacific Index Fund | A | Dividend | J | T | | | | | |
| 84. - Vanguard European Index Fund | A | Dividend | J | T | | | | | |
| 85. - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/8/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 87.   - Vanguard Short Term Bond Index Fund | A | Dividend | J | T | | | | | |
| 88.   - T Rowe Price New Era Fund | A | Dividend | K | T | | | | | |
| 89.   John Hancock Universal Life Insurance Policy | B | Interest | K | T | | | | | |
| 90.   Regions Bank 3.44% CD | A | Interest | | | Redeemed | 06/25/09 | K | | |
| 91.   Regions Bank 3.44% CD | A | Interest | | | Redeemed | 06/11/09 | J | | |
| 92.   SunTrust Bank-Accounts (x) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/8/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PARTS I AND VII --

The listed trusts are [      ] trusts for the benefit of a member of [          ].
I am Co-Trustee of TRUST #1, and Trustee of TRUST #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY ND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544